Same case below, 413 Fed. Appx. 937.

**No. 10-10918. Robert Edward Butler, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections, et al.**

565 U.S. 857, 132 S. Ct. 190, 181 L. Ed. 2d 98, 2011 U.S. LEXIS 5880.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-10919. Milo A. Rose, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 857, 132 S. Ct. 190, 181 L. Ed. 2d 98, 2011 U.S. LEXIS 6359.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 634 F.3d 1224.

**No. 10-10920. Marcus L. Wallace, Petitioner v. United States District Court for the Middle District of Pennsylvania.**

565 U.S. 857, 132 S. Ct. 190, 181 L. Ed. 2d 98, 2011 U.S. LEXIS 6246.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 405 Fed. Appx. 615.

**No. 10-10924. Taiwu Jenkins, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.**

565 U.S. 857, 132 S. Ct. 190, 181 L. Ed. 2d 98, 2011 U.S. LEXIS 5962.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 630 F.3d 298.

**No. 10-10925. Raheem Z. Langhorne, Petitioner v. Harris L. Diggs, Jr., Warden.**

565 U.S. 857, 132 S. Ct. 190, 181 L. Ed. 2d 98, 2011 U.S. LEXIS 6361.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 513.

**No. 10-10926. Oscar Estrada-Landero, Petitioner v. United States.**

565 U.S. 857, 132 S. Ct. 191, 181 L. Ed. 2d 98, 2011 U.S. LEXIS 6183.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 413 Fed. Appx. 121.